UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANGELINA ROGERS,

                        Plaintiff,

-against-

DWAYNE A. JOHNSON, et al.,

                        Defendants.

23-CV-4590 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

        Plaintiff, who is proceeding *pro se,* commenced this action by filing an unsigned incomplete complaint. On June 5, 2023, the Court directed Plaintiff, within 30 days, to submit a completed signed amended complaint. In addition, on June 7, 2023, the Court directed Plaintiff, within 30 days, to submit a signed completed amended request to proceed *in forma pauperis* ("IFP") or pay the $402.00 in fees required to file a civil action in this court.[1] That order also reiterated that Plaintiff must still submit a completed signed amended complaint. Both orders specified that failure to comply would result in dismissal of this action.

        On June 20, 2023, the Court received from Plaintiff an IFP application, but she has not filed a signed amended complaint as directed. Accordingly, the Court dismisses this action without prejudice. *See* Fed. R. Civ. P. 8(a); Fed. R. Civ. P. 11(a). All other pending matters in this case are terminated.

        The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

---

[1] Because it initially appeared that Plaintiff had not submitted an IFP application, the Court also directed Plaintiff in the June 5, 2023, order to either submit an IFP application or pay the required fees. The Court later learned that Plaintiff had submitted an IFP application.

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    The Clerk of Court is directed to enter judgment in this case.

SO ORDERED.

Dated:   July 27, 2023
           New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge